```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :     18 CR 701 (VM)
                                   :
          -against-                :
                                   :         ORDER
ROBERT TAYLOR,                     :
                                   :
               Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On June 11, 2020, the above-named defendant moved this Court for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i). (See Dkt. No. 27.) The Government is hereby directed to respond to the defendant's motion within seven days of the entry of this Order.

**SO ORDERED:**

Dated:   New York, New York
         12 June 2020

_____
Victor Marrero
U.S.D.J.