```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :     18 CR 701 (VM)
                                   :
        -against-                  :
                                   :          ORDER
ROBERT TAYLOR,                     :
                                   :
                Defendant.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    On June 11, 2020, the above-named defendant moved this Court for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i). (See Dkt. No. 27.) By letter dated June 18, 2020, counsel for the above-named defendant provided additional information supplementing the motion and requested that the Court extend the time for the Government to respond to the motion until June 25, 2020. (See Dkt. No. 29.) Accordingly, the Government is hereby directed to respond to the defendant's motion by June 25, 2020.

**SO ORDERED:**

Dated:   New York, New York
          19 June 2020

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.